IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: KIMBERLY ANN BROUGH | ) |
| | ) |
| MIDFIRST AS SUCCESSOR IN INTEREST TO | ) |
| Wells Fargo Bank, N.A./ Midfirst Bank, | ) |
| Creditor, | ) |
| | ) |
| vs. | ) CASE NO. 10B01153 |
| | ) JUDGE A. Benjamin Goldgar |
| KIMBERLY ANN BROUGH, | ) |
| Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes MIDFIRST AS SUCCESSOR IN INTEREST TO Wells Fargo Bank, N.A./ Midfirst Bank, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the July 11, 2011 contractual payment and all those thereafter.
2. The following is an itemization of the amounts due on the loan as of :

   | | |
   |---|---:|
   | a. Attorney's Fees | $250.00 |
   | b. Bankruptcy Attorney Fee (Objection to Plan) | $300.00 |
   | c. Late Charges | $103.26 |
   | d. Property Inspections | $18.00 |
   | Total | $671.26 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice MIDFIRST AS SUCCESSOR IN INTEREST TO Wells Fargo Bank, N.A./ Midfirst Bank rights to collect these amounts will be unaffected.

Respectfully Submitted,
MIDFIRST AS SUCCESSOR IN INTEREST
TO Wells Fargo Bank, N.A./
Midfirst Bank

/s/Lydia Y. Siu
Lydia Y. Siu
ARDC#6288604
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602